Brad P. Miller, ISB No. 3630
Jason D. Scott, ISB No. 5615
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5240
E-mail:  bmiller@hawleytroxell.com
          jscott@hawleytroxell.com

Attorneys for Defendant Moreton Insurance of Idaho, Inc.


Robert B. White, ISB No. 4438
Justin A. Steiner, ISB No. 8015
GIVENS PURSLEY LLP
601 W. Bannock Street
P.O. Box 2720
Boise, ID 83701-2720
Telephone:  (208) 388-1200
Facsimile:  (208) 388-1300
E-mail:  rbw@givenspursley.com
          justinsteiner@givenspursley.com

Attorneys for Defendant John Gustin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN BENEFIT SOLUTIONS, LLC, an Idaho limited liability company, | Case No. 1:11-cv-0099 |
| Plaintiffs, | NOTICE OF REMOVAL |
| vs. | |
| JOHN GUSTIN, an individual; MORETON INSURANCE OF IDAHO, INC., an Idaho corporation d/b/a MORETON & COMPANY; ELIZABETH SCHATTIN, an individual; FAST ENTERPRISES, L.L.C., a New York limited liability company, | |
| Defendants. | |

NOTICE OF REMOVAL - 1

PLEASE TAKE NOTICE that Defendants John Gustin ("Gustin") and Moreton Insurance of Idaho, Inc. ("Moreton") remove this action to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. As required by 28 U.S.C. § 1446(a) and Local Civil Rules 5.2(d) and 81.1(a), this Notice of Removal includes (as Exhibit 1) a copy of the state court docket sheet as of March 11, 2011, and (as Exhibits 2-99) the following documents comprising the entire state court record:

2. Verified Complaint, Application for Temporary Restraining Order, and Application for Preliminary Injunction, filed April 27, 2010;

3. Summonses, filed April 27, 2010;

4. Affidavit of Service, filed April 29, 2010;

5. Notice of Hearing on Application for Preliminary Injunction, filed April 29, 2010;

6. Affidavit of Service, filed May 3, 2010;

7. Notice of Appearance, filed May 4, 2010;

8. Defendant Moreton Insurance of Idaho, Inc.'s Memorandum in Opposition to Plaintiff's Application for Preliminary Injunction, filed May 10, 2010;

9. Affidavit of Tamie Cooper, filed May 10, 2010;

10. Affidavit of Cody Gustin, filed May 10, 2010;

11. Notice of Appearance, filed May 10, 2010;

12. Notice of Joinder in Opposition to Application for Preliminary Injunction, filed May 11, 2011;

13. Affidavit of John Gustin, filed May 11, 2010;

14. Identification of Witnesses Who May Provide Testimony, filed May 13, 2010;

15. Amended Affidavit of John Gustin, filed May 13, 2010;

45136.0001.2288044.1

16. Affidavit of Ronald Osborne, filed May 13, 2010;

17. Reply Memorandum in Support of Application for Preliminary Injunction, filed May 13, 2010;

18. Motion to Strike and Motion to Shorten Time, filed May 14, 2010;

19. Memorandum in Support of Motion to Strike and Motion to Shorten Time, filed May 14, 2010;

20. Notice of Hearing, filed May 18, 2010;

21. Defendant Moreton Insurance of Idaho, Inc.'s Answer to Verified Complaint, filed May 19, 2010;

22. Answer to Verified Complaint, filed May 19, 2010;

23. Three-Day Notice of Intent to Take Default, filed May 19, 2010;

24. Amended Notice of Hearing, filed May 19, 2010;

25. Affidavit of Service, filed May 24, 2010;

26. Notice of Reserving Right to Call Witnesses and Produce Evidence, filed May 26, 2010;

27. Notice of Reservation of Rights to Call Witnesses, filed May 27, 2010;

28. Affidavit of Service, filed June 1, 2010;

29. Affidavit of Service, filed June 1, 2010;

30. Supplemental Memorandum in Support of Plaintiff's Application for Preliminary Injunction, filed June 8, 2010;

31. Affidavit of Jason G. Dykstra, filed June 8, 2010;

32. Defendant Moreton Insurance of Idaho, Inc.'s Response to Plaintiff's Supplemental Memorandum in Support of its Application for Preliminary Injunction, filed June 10, 2010;

NOTICE OF REMOVAL - 3

33. Affidavit of Jason D. Scott, filed June 10, 2010;

34. Defendant John Gustin.s Notice of Joinder in Moreton Insurance of Idaho, Inc.'s Response to Plaintiff's Supplemental Memorandum in Support of its Application for Preliminary Injunction, filed June 11, 2010;

35. Affidavit of Service, filed July 27, 2010;

36. Affidavit of Service, filed July 28, 2010;

37. Motion to Amend Verified Complaint to Add a Claim for Punitive Damages, filed August 9, 2010;

38. Memorandum in Support of Motion to Amend Verified Complaint to Add a Claim for Punitive Damages, filed August 9, 2010;

39. Affidavit of Jason G. Dykstra in Support of Motion to Amend Verified Complaint to Add a Claim for Punitive Damages, filed August 9, 2010;

40. Notice of Hearing on Motion to Amend Verified Complaint to Add a Claim for Punitive Damages, filed August 9, 2010;

41. Defendant Moreton Insurance of Idaho Inc.'s Memorandum in Opposition to Plaintiff's Motion to Amend Verified Complaint to Add a Claim for Punitive Damages, filed August 16, 2010;

42. Affidavit of Drew Ranstrom, filed August 16, 2010;

43. Defendant John Gustin's Opposition to Plaintiff's Motion to Amend Verified Complaint to Add a Claim for Punitive Damages, filed August 16, 2010;

44. Reply Brief in Support of Motion to Amend Complaint, filed August 20, 2010;

45. Memorandum Decision and Order Regarding Plaintiff's Motion for Preliminary Injunction, filed August 23, 2010;

46. Notice of Service of Discovery, filed September 13, 2010;

47. Notice of Service of Discovery, filed September 13, 2010;

48. Notice of Hearing [re: Order for Preliminary Injunction], filed October 5, 2010;

49. Notice of Service, filed October 18, 2010;

50. Objection to Plaintiff's Proposed Order for Preliminary Injunction, filed October 21, 2010;

51. Defendant John Gustin's Objection to Plaintiff's Proposed Order for Preliminary Injunction, filed October 21, 2010;

52. Notice of Service of Discovery, filed October 22, 2010;

53. Notice of Compliance, filed October 25, 2010;

54. Notice of Service of Discovery, filed November 12, 2010;

55. Notice of Service, filed November 17, 2010;

56. Order for Preliminary Injunction, filed November 24, 2010;

57. Notice of Depositing of Bond, filed November 30, 2010;

58. Notice of Vacating Deposition Duces Tecum of Ada County's Custodian of Records, filed December 2, 2010;

59. Notices of Service, filed December 13, 2010;

60. Notice of Taking Deposition, filed December 15, 2010;

61. Notice of Taking Deposition Duces Tecum, filed January 3, 2011;

62. Notice of Taking Deposition Duces Tecum of Custodian of Record for Ada County, filed January 5, 2011;

63. Motion to Quash or in the Alternative, to Modify and Condition Compliance With the Deposition Subpoena Duces Tecum to Ada County Custodian of Records, filed January 14, 2011;

NOTICE OF REMOVAL - 5

64. Affidavit of Doug Heikkila in Support of Motion to Quash or in the Alternative, to Modify and Condition Compliance With the Deposition Subpoena Duces Tecum to Ada County Custodian of Records, filed January 14, 2011;

65. Affidavit of Robert Perkins in Support of Memornadum in Support of Motion to Quash or in the Alternative, to Modify and Condition Compliance With the Deposition Subpoena Duces Tecum to Ada County Custodian of Records, filed January 14, 2011;

66. Affidavit of Bret Lopeman in Support of Memorandum in Support of Motion to Quash or in the Alternative, to Modify and Condition Compliance With the Deposition Subpoena Duces Tecum to Ada County Custodian of Records, filed January 14, 2011;

67. Memorandum in Support of Motion to Quash or in the Alternative, to Modify and Condition Compliance With the Deposition Subpoena Duces Tecum to Ada County Custodian of Records, filed January 14, 2011;

68. Affidavit of Jana B. Gomez Esq. in Support of Memorandum in Support of Motion to Quash or in the Alternative, to Modify and Condition Compliance With the Deposition Subpoena Duces Tecum to Ada County Custodian of Records, filed January 14, 2011;

69. Affidavit of Ronald Surratt in Support of Memorandum in Support of Motion to Quash or in the Alternative, to Modify and Condition Compliance With the Deposition Subpoena Duces Tecum to Ada County Custodian of Records, filed January 14, 2011;

70. Motion for Nonsummary Contempt Proceeding, filed February 2, 2011;

71. Affidavit of Brian J. Holleran in Support of Motion for Nonsummary Contempt Proceeding, filed February 2, 2011;

72. Affidavit of Jason G. Dykstra in Support of Motion for Nonsummary Contempt Proceeding, filed February 2, 2011;

73. Affidavit of Ronald L. Osborne in Support of Motion for Nonsummary Contempt Proceeding, filed February 2, 2011;

74. Affidavit of Zach D. Heesch in Support of Motion for Nonsummary Contempt Proceeding, filed February 2, 2011;

75. Memorandum in Support of Motion for Nonsummary Contempt Proceeding, filed February 2, 2011;

76. Notice of Hearing re Motion for Nonsummary Contempt Proceeding, filed February 2, 2011;

77. Notice Of Hearing, filed February 4, 2011;

78. Affidavit of Service, filed February 4, 2011;

79. Motion to Dismiss and Strike Motion for Nonsummary Contempt Proceeding, filed February 8, 2011;

80. Second Affidavit of Jana B. Gomez, Esq., filed February 8, 2011;

81. Second Affidavit of Doug Heikkila, filed February 8, 2011;

82. Memorandum in Support of Motion and Reply Memorandum in Support of Motion to Quash or Modify to Quash, filed February 8, 2011;

83. Notice of Hearing, filed February 8, 2011;

84. Notice of Opposition to Ada County's Motion to Quash or in the Alternative to Modify & Condition Compliance with the Deposition Subpoena Duces Tecum to Ada County Custodian of Records, filed February 9, 2011;

85. Plaintiff's Motion to Amend Verified Complaint, filed February 15, 2011;

86. Affidavit of Jason G. Dykstra, filed February 15, 2011;

87. Memorandum in Support of Plaintiff's Motion to Amend Verified Complaint, filed February 15, 2011;

88. Notice of Hearing, filed February 15, 2011;

89. Affidavit of Jason D. Scott, filed February 22, 2011;

90. Memorandum in Opposition to Plaintiffs Motion to Amend Verified Complaint, filed February 22, 2011;

91. Affidavit of Justin A. Steiner in Opposition to Plaintiff's Motion to Amend Verified Complaint, filed February 22, 2011;

92. Joinder in Defendant Moreton Insurance of Idaho, Inc.'s Memorandum in Opposition to Amend Verified Complaint, filed February 22, 2011;

93. Reply Brief in Support of Plaintiff's Motion to Amend Verified Complaint, filed February 25, 2011;

94. Memorandum, filed February 28, 2011;

95. Supplemental Memorandum in Support of Motion to Modify and Condition Compliance with the Deposition Subpoena, filed March 1, 2011;

96. Third Affidavit of Doug Heikkila, filed March 1, 2011;

97. Third Affidavit of Jana Gomez, filed March 1, 2011;

98. Memorandum in Opposition to Memorandum in Support of Its Motion to Modify and Condition Compliance with the Deposition Subpoena Duces Tecum to Ada County Custodian of Records, filed March 2, 2011; and

99. Amended Verified Complaint, filed March 11, 2011.

The basis for removal is as follows:

A. On or about April 27, 2010, Plaintiff Western Benefit Solutions, LLC ("WBS") filed its original complaint against Gustin and Moreton in this action. That complaint was filed in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, and was assigned Case No. CV OC 1008362.

x

B.    The original complaint provided no basis for removing this action to federal court.

C.    On March 11, 2011, Gustin and Moreton first received WBS's amended complaint in this action, in which WBS asserts a new claim against Gustin for violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030. This Court has original jurisdiction over that claim under 28 U.S.C. § 1331 and supplemental jurisdiction over all attendant state-law claims under 28 U.S.C. § 1367. The amended complaint made this action removable to federal court.

D.    In the amended complaint, WBS brought two new defendants into this action, Elizabeth Schattin and FAST Enterprises, L.L.C. Neither of those defendants has yet been served with process. Consequently, the consent of neither to removal is required.

E.    This Notice of Removal is timely because it is filed within thirty days of receipt by Gustin and Moreton, through service or otherwise, of the amended complaint, through which this action first became removable. *See* 28 U.S.C. § 1446(b).

F.    Upon the filing of this Notice of Removal, WBS's counsel will receive written notice thereof via this Court's CM/ECF system. Further, promptly after filed this Notice of Removal, Gustin and Moreton will file in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, a Notice of Filing of Notice of Removal, which will advise the state court of the removal. Exhibit 100 to this Notice of Removal is a copy of the Notice of Filing of Notice of Removal (excluding its Exhibit A).

DATED THIS 11th day of March, 2011.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _/s/ Jason D. Scott_____
    Jason D. Scott

Attorneys for Defendant Moreton Insurance of Idaho, Inc.

DATED THIS 11th day of March, 2011.

GIVENS PURSLEY LLP

By __/s/_____
    Robert B. White

Attorneys for Defendant John Gustin

NOTICE OF REMOVAL - 10

45136.0001.2288044.1

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 11th day of March, 2011, I filed the foregoing document electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Michael E. Baldner
Jason G. Dykstra
MEULEMAN MOLLERUP LLP
baldner@lawidaho.com
dykstra@lawidaho.com
[Attorneys for Plaintiff]

                                              Jason D. Scott