**GREG H. BOWER**
ADA COUNTY PROSECUTING ATTORNEY

**JANA B. GÓMEZ**
**GENE PETTY**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
(208) 287-7700
Idaho State Bar Nos. 8186 and 6831

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN BENEFIT SOLUTIONS, LLC, an Idaho limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN GUSTIN, an individual; MORETON INSURANCE OF IDAHO, INC., an Idaho corporation d/b/a MORETON & COMPANY; ELIZABETH SCHATTIN, an individual; FAST ENTERPRISES, L.L.C., a New York limited liability company, <br><br> Defendants. | CASE NO. 1:11-CV-00099-EJL-CWD <br><br> **STIPULATION FOR PAYMENT OF COSTS OF PRODUCTION** |

  **COME NOW,** Ada County and it's employee Robert Perkins, by an through their attorney, the Ada County Prosecuting Attorney's Office, Civil Division, and Plaintiff, Western Benefit Solutions, LLC ("WBS"), by and through its attorney, Jason Dykstra, Meuleman Mollerup, LLP, and hereby stipulate and agree as follows:

STIPULATION FOR PAYMENT OF COSTS OF PRODUCTION – PAGE 1

1. That, on February 22, 2011, Judge Timothy Hansen of the District Court of the Fourth Judicial District of the State of Idaho granted Ada County's Motion Quash or, in the Alternative, to Modify and Condition Compliance with the Deposition Subpoena *Duces Tecum* to the Ada County Custodian of Records ("Motion to Quash"), but requested further briefing and arguments as to what constitutes "costs of production" in the context of Idaho Rule of Civil Procedure 45(b)(2).

2. That, on March 11, 2011, before Judge Timothy Hansen issued a ruling regarding what fell within the scope of "costs of production" in the context of Idaho Rule of Civil Procedure 45(b)(2), this case was removed to Federal District Court.

3. That, on September 24, 2012, Judge Candy Dale issued a Memorandum Decision and Order granting in part and denying in part Ada County's Motion to Quash and, in particular, ruling on what "costs of production" are recoverable by Ada County in responding to the Deposition Subpoena *Duces Tecum*.

4. That, according to the Court's September 24, 2012 Order, the following constitute "costs of production" within the context of Idaho Rule of Civil Procedure 45(b)(2) and, thus, are recoverable by Ada County: (1) legal review necessary to separate privileged material, (2) IT Department time spent programming the search, and (3) data storage costs.

5. That the Memorandum Decision and Order specifically limited reimbursement to the "costs of production" associated with the database search spanning March 1, 2009 through August 31, 2009.

6. That the following table accurately describes Ada County's costs of production in compliance with this Court's Order:

| DATE | LOGGED BY | TASK | HOURS | BILLING RATE/HOUR | TOTAL |
|---|---|---|---|---|---|
| Nov. 19, 2010 | Jana Gómez | Review and redact documents | 2.2 | $140.00 | $308.00 |
| Nov. 23, 2010 | Jana Gómez | Review and redact documents | 2.5 | $140.00 | $350.00 |
| Nov. 30, 2010 | Jana Gómez | Review and redact documents; Retrieve documents from clients; Organize documents and make copies | 2.8 | $140.00 | $392.00 |
| Dec. 1, 2010 | Jana Gómez | Review and redact documents | 2.0 | $140.00 | $280.00 |
| Dec. 7, 2010 | Jana Gómez | Review e-mail search results | 1.5 | $140.00 | $210.00 |
| Dec. 8, 2010 | Jana Gómez | Review e-mail search results | 0.4 | $140.00 | $56.00 |
| Dec. 16, 2010 | Jana Gómez | Review e-mail search results | 2.7 | $140.00 | $378.00 |
| Jan. 6, 2011 | Jana Gómez | Review e-mail search results | 1.5 | $140.00 | $210.00 |
| Jan. 7, 2011 | Jana Gómez | Redact e-mail search results | 1.8 | $140.00 | $252.00 |
| Jan. 11, 2011 | Jana Gómez | Burn e-mails to compact disc | 0.5 | $140.00 | $70.00 |
| **Prosecutor Sub-Total:** | | | | | **$2,506.00** |
| Nov. 10, 2010 | Bret Lopeman | Initial submittal: E-mail count>5 million | 1.0 | $45.00 | $45.00 |
| Nov. 12, 2010 | Bret Lopeman | Initial matter search: Failed – disk space | 2.5 | $45.00 | $112.50 |
| Nov. 20, 2010 | Bret Lopeman | March to May 20009 matter: Created matter search folder | 3 | $45.00 | $135.00 |
| Nov. 26, 2010 | Bret Lopeman | Term search pst: Created pst from March to May 2009 | 1.0 | $45.00 | $45.00 |
| Nov. 29, 2010 | Bret Lopeman | June to August 2009 matter: Failed – disk space | 2.0 | $45.00 | $90.00 |
| Dec. 3, 2010 | Bret Lopeman | June 2009 matter search: Created matter search folder | 2.0 | $45.00 | $90.00 |
| Dec. 4, 2010 | Bret Lopeman | Term search pst: Created pst from June 2009 | 1.0 | $45.00 | $45.00 |
| Dec. 5, 2010 | Bret Lopeman | July 2009 matter search: Started matter search for July 2009 | 2.0 | $45.00 | $90.00 |
| Dec. 6, 2010 | Bret Lopeman | July 2009 matter search: Paused for disk space increase | 1.0 | $45.00 | $45.00 |

STIPULATION FOR PAYMENT OF COSTS OF PRODUCTION – PAGE 3

| Date | Logged By | Task | Hours | Billing Rate/Hour | Total |
|---|---|---|---|---|---|
| Dec. 7, 2010 | Bret Lopeman | Outlook Search: Imported March to June 2009 search results to Outlook | 1.0 | $45.00 | $45.00 |
| Dec. 8, 2010 | Bret Lopeman | Matter folder drive space: Added 1 terabyte to drive and moved data | 3.5 | $45.00 | $157.50 |
| Dec. 9, 2010 | Bret Lopeman | Index matter folder July 2009: Index process for searchable data | 3.0 | $45.00 | $135.00 |
| Dec. 10, 2010 | Bret Lopeman | Move data: Move documents for index | 4.0 | $45.00 | $180.00 |
| Dec. 11, 2010 | Bret Lopeman | Move Date: Move documents for index | 2.0 | $45.00 | $90.00 |
| Dec. 13, 2010 | Bret Lopeman | Move Data: Move documents for index | 2.0 | $45.00 | $90.00 |
| Dec. 14, 2010 | Bret Lopeman | Start August 2009 search: Matter folder August 1163647 e-mail | 2.5 | $45.00 | $112.50 |
| Dec. 15, 2010 | Bret Lopeman | Monitor August 2009 retrieval: Matter folder August 1163647 e-mail | 1.5 | $45.00 | $67.50 |
| **IT Labor Sub-Total:** | | | | | **$1,575.00** |
| Nov. 10, 2010 through Jan. 5, 2011 | Data storage | 500 gigabytes per day | 56 days | $14.50 per day | $812.00 |
| Nov. 10, 2010 through Jan. 5, 2011 | Data storage | Backup storage costs | 56 days | $3.45 per day | $193.20 |
| **Data Storage Sub-Total:** | | | | | **$1,005.20** |
| | | | | **TOTAL:** | **$5,086.20** |

7. That WBS will submit a check, made payable to "Ada County," for the amount of $5,086.20 on or by November 7, 2012.

8. That such payment by WBS will constitute payment in full for all costs of production related to the Deposition Subpoena *Duces Tecum* served on Ada County employee

STIPULATION FOR PAYMENT OF COSTS OF PRODUCTION – PAGE 4

Robert Perkins on November 8, 2010 and the Renewed Deposition Subpoena *Duces Tecum* served on Mr. Perkins on January 5, 2011.

9. That Ada County and WBS read and understand the contents of this Stipulation, and that they entered into this Stipulation knowingly, freely, voluntarily, and without duress.

**WHEREFORE,** Ada County and Western Benefit Solutions, LLC jointly request that the Court issue its Order in accordance with the above Stipulation.

GREG H. BOWER
Ada County Prosecuting Attorney

DATED 10/10/12     By: *Jana B. Gómez*
Jana B. Gómez, Deputy Prosecuting Attorney
Attorney for Ada County

DATED 10/5/2012    By: [signature]
Jason Dykstra
Attorney for Western Benefit Solutions, LLC