UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN BENEFIT SOLUTIONS, LLC, an Idaho limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN GUSTIN, an individual; MORETON INSURANCE OF IDAHO, INC., an Idaho corporation d/b/a MORETON & COMPANY; ELIZABETH SCHATTIN, an individual; FAST ENTERPRISES, L.L.C., a New York limited liability company,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 1:11-CV-00099-EJL-CWD**<br><br>**ORDER GRANTING COSTS OF PRODUCTION TO ADA COUNTY** |

    The Court, having issued a Memorandum Decision and Order granting in part and denying in part Ada County's Motion to Quash or, In the Alternative, to Modify and Condition Compliance with the Deposition Subpoena *Duces Tecum* to Ada County Custodian of Records as such Motion related to the "costs of production" in the context of Idaho Rule of Civil Procedure 45(b)(2); having reviewed the Stipulation for Payment of Costs of Production duly entered into by Ada County, a non-party, and Western Benefit Solutions, LLC, Plaintiff, and filed with this Court; and finding that the Stipulation for Payment of Costs of Production accurately describes

Ada County's costs of production in compliance with the Court's Memorandum Decision and Order;

**IT IS HEREBY ORDERED** that the Stipulation (Dkt. 58) is **APPROVED** and Western Benefit Solutions, LLC reimburse Ada County $5,086.20 on or by November 7, 2012.

**IT IS FURTHER ORDERED** that such payment by Western Benefit Solutions, LLC shall constitute payment in full for all costs of production related to the Deposition Subpoena *Duces Tecum* served on Ada County employee Robert Perkins on November 8, 2010 and the Renewed Deposition Subpoena *Duces Tecum* served on Mr. Perkins on January 5, 2011.

The Clerk of the Court is directed to close this case.

Dated: **October 15, 2012**

Honorable Candy W. Dale
United States Magistrate Judge